**SHA-1 Hash:** 20FD4EB988DAFF4E317586780F9BCF46E4BB3C64   **Title:** Evil Cuckold #4
**Rights Owner:** Evil Angel

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 1 | 68.49.187.110 | 3/2/2012 3:46 | Bowie | MD | Comcast Cable | BitTorrent |
| 2 | 68.50.53.124 | 3/6/2012 19:48 | Nottingham | MD | Comcast Cable | BitTorrent |
| 3 | 68.50.71.26 | 2/27/2012 23:36 | Silver Spring | MD | Comcast Cable | BitTorrent |
| 4 | 69.140.114.152 | 2/23/2012 3:11 | Germantown | MD | Comcast Cable | BitTorrent |
| 5 | 69.244.95.235 | 2/23/2012 11:11 | Bowie | MD | Comcast Cable | BitTorrent |
| 6 | 76.100.25.119 | 2/25/2012 21:19 | Frederick | MD | Comcast Cable | BitTorrent |
| 7 | 108.3.172.203 | 2/23/2012 8:38 | Ellicott City | MD | Verizon Internet Services | BitTorrent |
| 8 | 108.40.26.121 | 2/23/2012 2:16 | Randallstown | MD | Verizon Internet Services | BitTorrent |
| 9 | 173.66.169.235 | 3/7/2012 0:02 | Germantown | MD | Verizon Internet Services | BitTorrent |
| 10 | 173.79.194.210 | 2/22/2012 16:42 | Upper Marlboro | MD | Verizon Internet Services | BitTorrent |
| 11 | 68.238.161.39 | 2/28/2012 8:48 | Silver Spring | MD | Verizon Internet Services | BitTorrent |
| 12 | 71.246.250.31 | 2/25/2012 3:54 | Bowie | MD | Verizon Internet Services | BitTorrent |
| 13 | 72.83.233.14 | 2/23/2012 7:28 | Laurel | MD | Verizon Internet Services | BitTorrent |
| 14 | 96.244.131.164 | 2/24/2012 0:29 | Pasadena | MD | Verizon Internet Services | BitTorrent |
| 15 | 96.244.37.37 | 2/26/2012 0:45 | Odenton | MD | Verizon Internet Services | BitTorrent |
| 16 | 96.255.57.136 | 2/26/2012 12:18 | Germantown | MD | Verizon Internet Services | BitTorrent |

EXHIBIT A

MD38